EDWARD THEBAUD *et al.*, Respondents, *v.* GREAT WESTERN INSURANCE COMPANY, Appellant.

Appeal from judgment on verdict.

*H. Putnam*, for respondent.

*P. H. Butler*, for appellant.

VAN BRUNT, P. J.—Judgment reversed and new trial ordered, with costs to the appellant, to abide event, on opinion in Thebaud *v.* Phœnix Insurance, Company, *ante*, 814.